This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-39876**

**STATE OF NEW MEXICO,**

     Plaintiff-Appellee,

v.

**MANUEL QUINONES,**

     Defendant-Appellant.

**APPEAL FROM THE METROPOLITAN COURT OF BERNALILLO COUNTY**
**Christine E. Rodriguez, Metropolitan Judge**

Hector H. Balderas, Attorney General
Benjamin L. Lammons, Assistant Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Kathleen T. Baldridge, Assistant Appellate Defender
Santa Fe, NM

for Appellant

**MEMORANDUM OPINION**

**HANISEE, Chief Judge.**

**{1}** Defendant appeals the metropolitan court's order revoking his probation. We entered a notice of proposed disposition, proposing to reverse. The State filed a response stating that "it does not intend to file a memorandum in opposition." [MIO 1] Defendant also filed a notice that he would not be filing a memorandum in response.

**{2}** Accordingly, and for the reasons stated in our notice of proposed disposition, we reverse.

**{3}** IT IS SO ORDERED.

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**ZACHARY A. IVES, Judge**